**Order entered March 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00303-CV

## IN RE IN THE INTEREST OF M.A.M., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 03-14732-T**

## ORDER

Before the Court is Relator's Petition for Writ of Mandamus and Motion for Emergency Orders and Relief. Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. Based on the disposition of the petition for writ of mandamus and because Relator has not demonstrated any basis which would entitle him to a stay of the scheduled March 12, 2014 trial pending the disposition of the appeal in Cause No. is 05-14-00040-CV, *In the Interest of M.A.M.*, Tex. R. App. P. 29.3, we **DENY** the Motion for Emergency Orders and Relief.

/s/    KERRY P. FITZGERALD
       JUSTICE